IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: MARTIN, CATHERINE ANN SOWARD     Case No. 10-41687-13

NOTICE OF CHANGE OF ADDRESS

    Please enter the change of address set forth below in the records of the above captioned case.

Check the appropriate role of the party the address change will affect:

    XX         Debtor         ___        Creditor

Name of Party:     Catherine Ann Soward Martin

Old Address Information:     1404 Legends Circle
                                  Lawrence, Douglas County, KS 66049

New Address Information:     303 Glenview Dr.
                                    Lawrence, Douglas County, KS 66049

     S/ John R. Hooge
John R. Hooge #09798
2619 W. 6th St., Ste. D
Lawrence, KS 66049
Ph: (785) 842-1138
Fax: (785) 865-2966
Attorney for Debtor(s)

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2014, a true and correct copy of the NOTICE OF CHANGE OF ADDRESS was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

   s/ John R. Hooge
John R. Hooge

addchg1.not